IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00792-MSK-KLM

SCOTT WAREHIME,
DAVID BLACKWELL,
GLEN CASE, JR.,
LYNN SUTTON-CASE,
WILLIAM ROSENAU, and
KEN MOORE, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

DILLION COMPANIES, INC., doing business as KING SOOPERS,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion to Adjourn the Scheduling Conference** [Docket No. 14; Filed August 15, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for August 22, 2013 at 9:30 a.m. is **VACATED** and **RESET** to **October 8, 2013 at 10:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **October 1, 2013**.

    Dated:  August 16, 2013