IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00792-MSK-KLM

SCOTT WAREHIME,
DAVID BLACKWELL,
GLEN CASE, JR.,
LYNN SUTTON-CASE,
WILLIAM ROSENAU, and
KEN MOORE, individually and on behalf of others similarly situated,

    Plaintiff,

v.

DILLION COMPANIES, INC., doing business as KING SOOPERS,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion for Modification to the Scheduling Order** [#27] (the "Motion"). As an initial matter, the Court notes that the Motion fails to comply with Local Rule 10.1E., which states that all papers shall be double-spaced. Further, the Motion does not comply with D.C.COLO.LCivR 7.1A., which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

The Motion is subject to denial on these two bases alone.[1] Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#27] is **DENIED without prejudice**.

    Dated: November 15, 2013

---

[1] The Court further notes that Plaintiffs have included an incorrect civil action number (No. 13-cv-00792-RPM-KLM). The correct civil action number is as listed above.