IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00792-MSK-KLM

SCOTT WAREHIME,
DAVID BLACKWELL,
GLEN CASE, JR.,
LYNN SUTTON-CASE,
WILLIAM ROSENAU, and
KEN MOORE,

    Plaintiffs,

v.

DILLION COMPANIES, INC., doing business as KING SOOPERS,

    Defendant.

_____

**ORDER APPROVING SETTLEMENT**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Unopposed Motion for Approval of Settlement Agreement** [#37][1] (the "Motion"). The Court having considered the Confidential Settlement Agreement and Release (the "Settlement Agreement"), the pleadings, and the case file, and good cause having been shown,

IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** AS FOLLOWS:

1.     The Court, for purposes of this Order Approving Settlement, adopts the defined terms set forth in the Settlement Agreement.

---

[1] "[#37]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

2. The Court has jurisdiction over the subject matter of the litigation and the parties.

3. The Court hereby finds that the settlement is fair and reasonable, including the fees and reimbursement of costs paid to Plaintiffs' counsel. The Court therefore grants final approval of the Settlement Agreement and approves its terms, including the releases and payments set forth therein.

4. The Court makes no finding as to Defendant's liability, and notes that Defendant has made no admission of liability or of any violation of law.

5. On completion of payments to Plaintiffs as set forth in the Settlement Agreement, Plaintiffs' releases shall be effective and binding on them and their respective successors and assigns.

6. The Court hereby reserves and retains exclusive and continuing jurisdiction over all matters relating to the effectuation of the Settlement Agreement.

7. No later than fifteen (15) days after completion of all payments as set forth in the Settlement Agreement, Plaintiffs shall file a Motion to Dismiss this lawsuit *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: February 24, 2014        BY THE COURT:

*[signature]*

Kristen L. Mix
United States Magistrate Judge