IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00792-MSK-KLM

SCOTT WAREHIME,
DAVID BLACKWELL,
GLEN CASE, JR.,
LYNN SUTTON-CASE,
WILLIAM ROSENAU, and
KEN MOORE, individually and on behalf of others similarly situated,

    Plaintiff,

v.

DILLION COMPANIES, INC., doing business as KING SOOPERS,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Amended Motion for Modification to the Scheduling Order** [#32] (the "Motion").  In light of the Order Approving Settlement [#41], which indicates that the parties have reached a settlement agreement as to all claims in this action,

    IT IS HEREBY **ORDERED** that the Motion [#32] is **DENIED as moot**.

    Dated:  February 24, 2014